UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:                                                                Case No. 9-08-bk-16782-JPH
                                                                      Chapter 13
RANDALL E. ALLAN
LESLEIGH D. ALLEN
        Debtors,
_____/

**TRUSTEE'S OBJECTION TO**
**AMENDED CLAIM NO. 13-3**
**FILED BY ECAST SETTLEMENT CORP.**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND FOR HEARING**

Pursuant to the Local Rule 2002-4, the Court will consider this objection without further notice or hearing unless a party of interest files an objection within thirty (30) days from the date of service of this paper, If you object to the relief requested in this objection, you must file your objection with the Clerk of Court at: **Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Ste 555, Tampa, FL 33602-3899** and serve a copy on the Trustee, and any other appropriate person or persons.

If you file and serve an objection within the time permitted, the court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant relief requested.

---

COMES NOW, the Standing Chapter 13 Trustee, JON M. WAAGE, by and through his undersigned Attorney, hereby files an objection to Amended Claim No. 13-3 filed by eCast Settlement Corp. and in support thereof would state as follows:

1. The Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on October 27, 2008 and the Court entered an Order Confirming Plan on December 31, 2009.

2. The claims bar date in this case was March 9, 2009.

3. eCast Settlement Corp filed a general unsecured claim in the total amount of $4,156.32 on April 13, 2011, which claim was late.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an Order Disallowing Amended Claim No. 13-3 filed by eCast Settlement Corp., together with such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Objection to Amended Claim No. 13-3 filed by eCast Settlement Corp. was furnished, by **First Class U.S. Mail**, postage prepaid, to **Randall E. and Lesleigh D. Allen**, 12926 County Rd 138, Bay Minette, AL 36507, **Benjamin G. Martin, Esq.,** Law Offices of Benjamin Martin, 1620 Main St, Ste 1, Sarasota, FL 34236, **eCast Settlement Corp,** Attn: Jennifer Pursley, 3936 E. Ft Lowell, Ste 200, Tucson, AZ 85712, this 22nd day of June, 2011.

/s/ Sarah Olsen
_____
SARAH OLSEN
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone (941) 747-4644
Facsimile (941) 750-9266
Florida Bar No. 44714
Attorney for the Trustee