UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:                                                    Case No. 9-08-bk-16782-JPH
                                                          Chapter 13
RANDALL E. ALLAN
LESLEIGH D. ALLEN
    Debtors,
_____/

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO AMENDED CLAIM NO. 13-3 FILED BY ECAST SETTLEMENT CORP.

THIS CASE came on for consideration for the purpose of the entry of an appropriate Order in the above styled Chapter 13 case upon the Trustee's Objection to Amended Claim No. 13-3 filed by eCast Settlement Corp. The Court, having reviewed the objection, together with the record, determined that the Trustee's Objection is well taken and should be sustained. Accordingly, it is,

**ORDERED** and **ADJUDGED** as follows:

The Trustee's Objection to Amended Claim No. 13-3, be and the same is hereby **SUSTAINED** and Amended Claim No. 13-3 filed by eCast Settlement Corp is **DISALLOWED** in its entirety.

**DONE** and **ORDERED** in Chambers at Tampa, Florida on August 01, 2011

_____
Jeffery P. Hopkins
United States Bankruptcy Judge

Copies to be provided by CM/ECF Service:

JMW/cmp                                                                        C13T